Corrine Chandler - SBN 111423
    E-mail: cchandler@kantorlaw.net
Christina J. Smith - SBN 193509
    E-mail: csmith@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff, LORETTA MAY

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware
3/9/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA MAY, | Case No. C-10-01710 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Loretta May and Defendant, Sun Life Assurance Company of Canada, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: March 4, 2011     KANTOR & KANTOR LLP

                         By: */s/ Corinne Chandler*
                             Corinne Chandler
                             Attorneys for Plaintiff

DATED: March 4, 2011     SQUIRE, SANDERS, & DEMPSEY (US) LLP

                         By  */s/ Robert J. Guite*
                             Robert J. Guite
                             Attorneys for Defendant
                             Sun Life Assurance Company of Canada

1 | **\*\*\*ORDER\*\*\***

2 |     Pursuant to the stipulation of the parties, the above entitled action is dismissed
3 | with prejudice.  Each party shall bear their own costs and attorneys fees.
4 | The Clerk shall close this file.
5 | DATED:  March 9, 2011
6 |                                     Hon. James Ware
                                    United States District Court Judge